IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERBERT PHILLIP MALONE**                                                            **PETITIONER**
**REG #38681-098**

v.                      **CASE NO. 4:17CV00009 BSM**

**UNITED STATES PAROLE COMMISSION**                          **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 14] has been reviewed. No objections have been filed. After a review of the record, the RD is adopted.

Accordingly, respondent United States Parole Commission's motion to dismiss [Doc. No. 13] is granted and petitioner Herbert Phillip Malone's petition for writ of habeas corpus [Doc. No. 13] is dismissed with prejudice. As a result, the remaining pending motions [Doc. Nos. 5, 9 are denied as moot.

IT IS SO ORDERED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE