IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERBERT PHILLIP MALONE**                            **PETITIONER**
**REG #38681-098**

v.                  **CASE NO. 4:17CV00009 BSM**

**UNITED STATES PAROLE COMMISSION**             **RESPONDENT**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 14th day of April 2017.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE